UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST; IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST; and IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE PLAN, <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARDS STEEL, INC., an Illinois Corporation; and CHRISTOPHER EDWARDS, an Individual <br><br> Defendant. | CASE NO.: 4:20-mc-1-JPG-GCS |

## ORDER

After considering Plaintiff's Motion to Compel Third-Party Citation Respondent Poettker Construction Company to Deliver Up Assets Discovered Through a Citation in Supplemental Proceedings to Discover Assets, this Court hereby enters the following Order:

**IT IS HEREBY ORDERED:**

1. Within ten (10) days of being served with a copy of this Order, Citation Respondent Poettker Construction Company shall deliver a check in the amount of $30,000.00 made payable to the *Iron Workers St. Louis District Council Benefit Funds*, to Plaintiff's Attorneys c/o William M. Blumthal, Jr. at the following address: Johnson & Krol, LLC, 311 South Wacker Drive, Suite 1050, Chicago, Illinois 60606.

SO ORDERED.

Date: April 1, 2020.

Digitally signed by Judge Sison
Date: 2020.04.01 10:15:12 -05'00'

GILBERT C. SISON  
United States Magistrate Judge